**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-04137 |
| | § | |
| THOMAS C. MCCARTHY | § | |
| MARTHA J. MCCARTHY | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/01/2011. The undersigned trustee was appointed on 02/01/2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                $46,243.07

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $41.17 |
| Bank service fees | $520.80 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $45,681.10 |

    The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/03/2011 and the deadline for filing government claims was 06/03/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,374.31. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,374.31, for a total compensation of $5,374.31[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/22/2012            By:   /s/ Horace Fox, Jr.
                                  Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1 Exhibit A

| Case No.: | 11-04137 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | MCCARTHY, THOMAS C. AND MCCARTHY, MARTHA J. | | Date Filed (f) or Converted (c): | 02/01/2011 (f) |
| For the Period Ending: | 6/22/2012 | | §341(a) Meeting Date: | 03/16/2011 |
| | | | Claims Bar Date: | 06/03/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Location: 1211 Braeburn Ave., Flossmoor IL 60422 | $600,000.00 | $0.00 | DA | $0.00 | FA |
| 2  Citibank checking and savings | $44.54 | $0.00 | DA | $0.00 | FA |
| 3  Bank of American checking and savings | $0.00 | $0.00 | DA | $0.00 | FA |
| 4  Harris Bank checking and savings | $264.00 | $0.00 | DA | $0.00 | FA |
| 5  Funds seized by First Midwest Bank. | $39,098.80 | $28,640.83 | | $36,332.29 | FA |
| **Asset Notes:** Funds seized by First Midwest from BOA/citation 10 L 51841. | | | | | |
| 6  Fidelity account xxxx2841 | $0.33 | $0.33 | DA | $0.00 | FA |
| 7  Home furnishings (3 bedroom sets, housewares, pool table) | $5,000.00 | $5,000.00 | DA | $0.00 | FA |
| **Asset Notes:** Deemed abandoned as overvalued. | | | | | |
| 8  Books, CDs | $100.00 | $100.00 | DA | $0.00 | FA |
| 9  Normal men's and women's assorted clothing | $1,500.00 | $0.00 | DA | $0.00 | FA |
| 10 Assorted jewelry | $2,500.00 | $2,250.00 | | $153.54 | FA |
| **Asset Notes:** est cost of sale 250.00, allocated 1208.54 | | | | | |
| 11 Diamond ring (family heirloom) | $5,000.00 | $4,500.00 | | $2,151.00 | FA |
| **Asset Notes:** est cost of sale 500.00 | | | | | |
| 12 Watches (2) | $300.00 | $300.00 | DA | $0.00 | FA |
| 13 Camera and video camera | $50.00 | $50.00 | DA | $0.00 | FA |
| 14 Golf clubs | $200.00 | $200.00 | DA | $0.00 | FA |
| **Asset Notes:** allocate 200.00 | | | | | |
| 15 Fidelity Rollover IRA xxxx1028 | $0.00 | $0.00 | DA | $0.00 | FA |
| 16 Illinois Teacher's Retirement benefit | $3,893.53 | $0.00 | DA | $0.00 | FA |
| 17 International Investment Group Limited Partnership | $2,000.00 | $2,000.00 | DA | $0.00 | FA |
| **Asset Notes:** deemed abandoned | | | | | |
| 18 General Capital Partners, LLC - ownership interest company insolvent - Debtor former manager (resigned 1/28/10) | $0.00 | $0.00 | DA | $0.00 | FA |
| 19 1995 Ford Escort | $250.00 | $250.00 | DA | $0.00 | FA |

Case 11-04137 Doc 59 Filed 07/26/12 Entered 07/26/12 13:33:10 Desc Main
Document Page 4 of 15

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2    Exhibit A

| Case No.: | 11-04137 | | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | MCCARTHY, THOMAS C. AND MCCARTHY, MARTHA J. | | | | Date Filed (f) or Converted (c): | 02/01/2011 (f) |
| For the Period Ending: | 6/22/2012 | | | | §341(a) Meeting Date: | 03/16/2011 |
| | | | | | Claims Bar Date: | 06/03/2011 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20 | 2010 Ford Fusion | $15,000.00 | $12,600.00 | | $7,604.00 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $2.24 | Unknown |

**TOTALS (Excluding unknown value)**   **Gross Value of Remaining Assets**

$675,201.20    $55,891.16    $46,243.07    $0.00

**Major Activities affecting case closing:**

04/24/2011  4.4.11 adversary file against Midwest Bank to obtain citation funds. 4.24.11

06/07/2011  Received proceeds from Midwest Bank citation to BOA and sent further demand letter on the other non Midwest personalty that have equity to BDM> 6.7.11.

09/10/2011  Examine claims. Motion to approve compromise on personalty set 9.22.11/

9.22.11 order entered approving sale, get appriasal of ring. 6 payments of 1651.42 are due after credit for exemptions.

11/05/2011  McCarthy 10:00 682 claim obj 3, 14.

Claim 3 disallowed 2.7.12 order. Two more installments remain to be paid. Accountant employed. 2.10.12

5 of 6 installment payments in, need taxes claim objections ruled on. 3.11.12

**Initial Projected Date Of Final Report (TFR):** 07/30/2012   **Current Projected Date Of Final Report (TFR):** 07/30/2012   /s/ HORACE FOX, JR.

HORACE FOX, JR.

# FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-04137 | Trustee Name: | Horace Fox, Jr. |
| --- | --- | --- | --- |
| Case Name: | MCCARTHY, THOMAS C. AND MCCARTHY, MARTHA J. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******5245 | Checking Acct #: | ******3701 |
| Co-Debtor Taxpayer ID #: | ******5246 | Account Title: | DDA |
| For Period Beginning: | 2/1/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/22/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/25/2011 | | STERLING BANK | Transfer Funds | 9999-000 | $36,334.53 | | $36,334.53 |
| 08/01/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $13.23 | $36,321.30 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $58.61 | $36,262.69 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $60.40 | $36,202.29 |
| 10/17/2011 | (11) | Martha J. McCarthy | Settlement Diamond ring | 1129-000 | $1,651.00 | | $37,853.29 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $55.85 | $37,797.44 |
| 11/22/2011 | (20) | Martha J. McCarthy | 2010 Ford Fusion-Settlement Personal property | 1129-000 | $1,651.00 | | $39,448.44 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $59.71 | $39,388.73 |
| 12/23/2011 | (20) | Martha J McCarthy | 2010 ford fusion-settlement | 1129-000 | $1,651.00 | | $41,039.73 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $63.99 | $40,975.74 |
| 01/19/2012 | (20) | Martha J McCarthy | 2010 Ford Fusion-Settlement Personal property | 1129-000 | $1,651.00 | | $42,626.74 |
| 02/06/2012 | 5001 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $41.17 | $42,585.57 |
| 02/23/2012 | (20) | Martha McCarthy | 2010 Ford Fusion-Settlement Personal property | 1129-000 | $1,651.00 | | $44,236.57 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $64.83 | $44,171.74 |
| 03/14/2012 | | Marth J. McCarthy | Final payment for claim # 10 Assorted jewelry $153,54, Claim # 11 Diamond ring $500.00, and Claim # 20-2010 Ford Fusion $ 1,000.00. | * | $1,653.54 | | $45,825.28 |
| | {10} | | $153.54 | 1129-000 | | | $45,825.28 |
| | {11} | | $500.00 | 1129-000 | | | $45,825.28 |
| | {20} | | $1,000.00 | 1129-000 | | | $45,825.28 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $75.12 | $45,750.16 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $69.06 | $45,681.10 |

|  |  | SUBTOTALS | $46,243.07 | $561.97 |
| --- | --- | --- | --- | --- |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 11-04137 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | MCCARTHY, THOMAS C. AND MCCARTHY, MARTHA J. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******5245 | Checking Acct #: | ******3701 |
| Co-Debtor Taxpayer ID #: | ******5246 | Account Title: | DDA |
| For Period Beginning: | 2/1/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/22/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | **TOTALS:** |  | $46,243.07 | $561.97 | $45,681.10 |
|  |  |  | **Less: Bank transfers/CDs** |  | $36,334.53 | $0.00 |  |
|  |  |  | **Subtotal** |  | $9,908.54 | $561.97 |  |
|  |  |  | **Less: Payments to debtors** |  | $0.00 | $0.00 |  |
|  |  |  | **Net** |  | $9,908.54 | $561.97 |  |

| For the period of  2/1/2011 to 6/22/2012 | | For the entire history of the account between 07/25/2011 to 6/22/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $9,908.54 | Total Compensable Receipts: | $9,908.54 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,908.54 | Total Comp/Non Comp Receipts: | $9,908.54 |
| Total Internal/Transfer Receipts: | $36,334.53 | Total Internal/Transfer Receipts: | $36,334.53 |
|  |  |  |  |
| Total Compensable Disbursements: | $561.97 | Total Compensable Disbursements: | $561.97 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $561.97 | Total Comp/Non Comp Disbursements: | $561.97 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 3  Exhibit B

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-04137 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | MCCARTHY, THOMAS C. AND MCCARTHY, MARTHA J. | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******5245 | | | Money Market Acct #: | ******4137 |
| Co-Debtor Taxpayer ID #: | ******5246 | | | Account Title: | |
| For Period Beginning: | 2/1/2011 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/22/2012 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/07/2011 | (5) | Thomas McCarthy | Funds seized by First Midwest from BOA/citation 10 L 51841. | 1129-000 | $36,332.29 | | $36,332.29 |
| 06/30/2011 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $1.05 | | $36,333.34 |
| 07/25/2011 | (INT) | STERLING BANK | Interest Earned For July 2011 | 1270-000 | $1.19 | | $36,334.53 |
| 07/25/2011 | | Green Bank | Transfer Funds | 9999-000 | | $36,334.53 | $0.00 |
| | | | TOTALS: | | $36,334.53 | $36,334.53 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $36,334.53 | |
| | | | Subtotal | | $36,334.53 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $36,334.53 | $0.00 | |

| For the period of 2/1/2011 to 6/22/2012 | | For the entire history of the account between 06/07/2011 to 6/22/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $36,334.53 | Total Compensable Receipts: | $36,334.53 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $36,334.53 | Total Comp/Non Comp Receipts: | $36,334.53 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $36,334.53 | Total Internal/Transfer Disbursements: | $36,334.53 |

**FORM 2** Page No: 4    Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** 11-04137 | **Trustee Name:** Horace Fox, Jr. |
| **Case Name:** MCCARTHY, THOMAS C. AND MCCARTHY, MARTHA J. | **Bank Name:** STERLING BANK |
| **Primary Taxpayer ID #:** ******5245 | **Money Market Acct #:** ******4137 |
| **Co-Debtor Taxpayer ID #:** ******5246 | **Account Title:** |
| **For Period Beginning:** 2/1/2011 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** 6/22/2012 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $46,243.07 | $561.97 | $45,681.10 |

**For the period of 2/1/2011 to 6/22/2012**

| | |
|---|---|
| Total Compensable Receipts: | $46,243.07 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $46,243.07 |
| Total Internal/Transfer Receipts: | $36,334.53 |
| | |
| Total Compensable Disbursements: | $561.97 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $561.97 |
| Total Internal/Transfer Disbursements: | $36,334.53 |

**For the entire history of the case between 02/01/2011 to 6/22/2012**

| | |
|---|---|
| Total Compensable Receipts: | $46,243.07 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $46,243.07 |
| Total Internal/Transfer Receipts: | $36,334.53 |
| | |
| Total Compensable Disbursements: | $561.97 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $561.97 |
| Total Internal/Transfer Disbursements: | $36,334.53 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.

| Case No.: | 11-04137 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | MCCARTHY, THOMAS C. AND MCCARTHY, MARTHA J. | | | Date: | 6/22/2012 |
| Claims Bar Date: | 06/03/2011 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HORACE FOX, JR. 6 East Monroe # 1004 Chicago IL 60603 | 09/06/2011 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $5,374.31 | $5,374.31 | $0.00 | $0.00 | $0.00 | $5,374.31 |
| | BRUCE DE 'MEDICI Two First National Plaza 20 S. Clark St., Ste., 300 Chicago IL 60603 | 09/06/2011 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $5,227.50 | $5,227.50 | $0.00 | $0.00 | $0.00 | $5,227.50 |
| | BRUCE DE'MEDICI Two First National Plaza 20 S. Clark St., Ste., 300 Chicago IL 60603 | 09/06/2011 | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-000 | $59.75 | $59.75 | $59.75 | $0.00 | $0.00 | $0.00 | $59.75 |
| 1 | COOK COUNTY TREASURER'S OFFICE Legal Department 118 North clark Street - Room 112 Chicago IL 60602 | 03/04/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $20,537.18 | $20,537.18 | $0.00 | $0.00 | $0.00 | $20,537.18 |

Claim Notes:   (1-1) Property Taxes claim objected to and shall not be paid as secured claim, but only as an unsecured non priority claim, if at all Order 7.5.11

| 2 | SECURE CHECK CASHING 812 S. Main St. Suite 100 Royal Oak MI 48067 | 03/14/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $9,029.50 | $9,029.50 | $0.00 | $0.00 | $0.00 | $9,029.50 |
| 3 | MICHAEL POLLET 13971 Montego Drive Seminole FL 33776 | 03/15/2011 | Wages - 507(a)(3) | Disallowed | 5300-000 | $0.00 | $2,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Claim Notes:   11.10 obj cont 12.5.11 #3.Disallowed order of 2.7.12

| 4 | INTERNAL REVENUE SERVICE POB 7346 Philadelphia PA 191017346 | 03/17/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $560.19 | $560.19 | $0.00 | $0.00 | $0.00 | $560.19 |
| 4a | INTERNAL REVENUE SERVICE POB 7346 Philadelphia PA 191017346 | 03/17/2011 | Internal Revenue Service Tax Liens | Allowed | 4300-000 | $0.00 | $26,137.48 | $26,137.48 | $0.00 | $0.00 | $0.00 | $26,137.48 |

Case 11-04137    Doc 59    Filed 07/26/12    Entered 07/26/12 13:33:10    Desc Main
Document    Page 10 of 15

CLAIM ANALYSIS REPORT                                    Page No: 2    Exhibit C

| Case No.: | 11-04137 | | | | | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | MCCARTHY, THOMAS C. AND MCCARTHY, MARTHA J. | | | | | | | Date: | 6/22/2012 |
| Claims Bar Date: | 06/03/2011 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | GEEKMATICS<br><br>30329 US Hwy 19th North<br>Clearwater FL 33761 | 03/16/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $812.50 | $812.50 | $0.00 | $0.00 | $0.00 | $812.50 |
| 6 | JASON SIMPSON<br><br>4762 Haines Road N. #E<br>Saint Petersburg FL 33714 | 03/21/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,180.98 | $3,180.98 | $0.00 | $0.00 | $0.00 | $3,180.98 |
| 7 | TASQ TECHNOLOGY, INC.<br>McMahan & Sigunick, LtD<br>412 S. Wells St., 6th FL<br>Chicago Il 606073923 | 03/21/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $29,184.28 | $29,184.28 | $0.00 | $0.00 | $0.00 | $29,184.28 |
| 8 | STEVE FURMAN'S SIGN WIZARD<br>1602 County Rd. 579 South<br>Wimauma FL 33598 | 03/23/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,501.83 | $3,501.83 | $0.00 | $0.00 | $0.00 | $3,501.83 |
| 9 | FIRST MIDWEST BANK<br><br>&#037; David L Kane/Richard J Jancasz<br>300 S Wacker Dr, #3500<br>Chicago IL 60606 | 04/05/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $141,887.07 | $141,887.07 | $0.00 | $0.00 | $0.00 | $141,887.07 |

Claim Notes:   (9-1) Judgment

| 10 | CHASE BANK USA, N.A.<br><br>PO Box 15145<br>Wilmington DE 198505145 | 04/08/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $26,765.89 | $26,765.89 | $0.00 | $0.00 | $0.00 | $26,765.89 |
| 11 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | 04/19/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $49,930.92 | $49,930.92 | $0.00 | $0.00 | $0.00 | $49,930.92 |
| 12 | SALLIE MAE<br><br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Barre PA 18706 | 04/26/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,264.37 | $6,264.37 | $0.00 | $0.00 | $0.00 | $6,264.37 |

| Case No.: | 11-04137 | | | | | | | | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | MCCARTHY, THOMAS C. AND MCCARTHY, MARTHA J. | | | | | | | | | | Date: | 6/22/2012 |
| Claims Bar Date: | 06/03/2011 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | US DEPT OF EDUCATION<br>Attn: Borrowers Service Dept<br>Po Box 5609<br>Greenville TX 75403 | 05/13/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $10,521.40 | $10,521.40 | $0.00 | $0.00 | $0.00 | $10,521.40 |
| 14 | VIRTUAL XCELLENCE<br>A44A, Second Floor<br>TNS Building, Sector-16<br>Delhi NCR IND IA 20130 | 05/19/2011 | General Unsecured 726(a)(2) | Disallowed | 7100-000 | $0.00 | $4,490.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** by order of 11.10.11 claim disallowed in its entirety.

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14a | VIRTUAL XCELLENCE<br>A44A, Second Floor<br>TNS Building, Sector-16<br>Delhi NCR IND IA 20130 | 05/19/2011 | Claims of Governmental Units - 507( | Disallowed | 5800-000 | $0.00 | $12,710.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** by order of 11.10.11 claim disallowed in its entirety

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City OK 731248809 | 05/25/2011 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $13,715.62 | $13,715.62 | $0.00 | $0.00 | $0.00 | $13,715.62 |
| | | | | | | $372,390.77 | $352,690.77 | $0.00 | $0.00 | $0.00 | | $352,690.77 |

CLAIM ANALYSIS REPORT                                Page No:  4                Exhibit C

| Case No. | 11-04137 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | MCCARTHY, THOMAS C. AND MCCARTHY, MARTHA J. | Date: | 6/22/2012 |
| Claims Bar Date: | 06/03/2011 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Other Firm) | $59.75 | $59.75 | $0.00 | $0.00 | $0.00 | $59.75 |
| Attorney for Trustee Fees (Other Firm) | $5,227.50 | $5,227.50 | $0.00 | $0.00 | $0.00 | $5,227.50 |
| Claims of Governmental Units - 507( | $12,710.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured 726(a)(2) | $320,381.73 | $315,891.73 | $0.00 | $0.00 | $0.00 | $315,891.73 |
| Internal Revenue Service Tax Liens | $26,137.48 | $26,137.48 | $0.00 | $0.00 | $0.00 | $26,137.48 |
| Trustee Compensation | $5,374.31 | $5,374.31 | $0.00 | $0.00 | $0.00 | $5,374.31 |
| Wages - 507(a)(3) | $2,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:      11-04137
Case Name:     THOMAS C. MCCARTHY
               MARTHA J. MCCARTHY
Trustee Name:  Horace Fox, Jr.

Balance on hand:      $45,681.10

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 4 | Internal Revenue Service | $26,137.48 | $26,137.48 | $0.00 | $26,137.48 |

Total to be paid to secured creditors:      $26,137.48
Remaining balance:      $19,543.62

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Horace Fox, Jr., Trustee Fees | $5,374.31 | $0.00 | $5,374.31 |
| Bruce de 'Medici, Attorney for Trustee Fees | $5,227.50 | $0.00 | $5,227.50 |
| Bruce de'Medici, Attorney for Trustee Expenses | $59.75 | $0.00 | $59.75 |

Total to be paid for chapter 7 administrative expenses:      $10,661.56
Remaining balance:      $8,882.06

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:      $0.00
Remaining balance:      $8,882.06

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|--|--|--|
|  | Remaining balance: | $8,882.06 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $315,891.73 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Cook County Treasurer's Office | $20,537.18 | $0.00 | $577.44 |
| 2 | Secure Check Cashing | $9,029.50 | $0.00 | $253.89 |
| 4 | Internal Revenue Service | $560.19 | $0.00 | $15.75 |
| 5 | Geekmatics | $812.50 | $0.00 | $22.85 |
| 6 | Jason Simpson | $3,180.98 | $0.00 | $89.44 |
| 7 | Tasq Technology, Inc. | $29,184.28 | $0.00 | $820.59 |
| 8 | Steve Furman's Sign Wizard | $3,501.83 | $0.00 | $98.46 |
| 9 | First Midwest Bank | $141,887.07 | $0.00 | $3,989.50 |
| 10 | Chase Bank USA, N.A. | $26,765.89 | $0.00 | $752.59 |
| 11 | PYOD LLC its successors and assigns as assignee of | $49,930.92 | $0.00 | $1,403.93 |
| 12 | Sallie Mae | $6,264.37 | $0.00 | $176.14 |
| 13 | Us Dept Of Education | $10,521.40 | $0.00 | $295.83 |
| 15 | FIA Card Services, NA/Bank of America | $13,715.62 | $0.00 | $385.65 |

|  | Total to be paid to timely general unsecured claims: | $8,882.06 |
|--|--|--|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |