# IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Case No.11-04137 |
| ) | Chapter 7 |
| Thomas C. McCarthy ) | |
| and Martha J. McCarthy ) | |
| ) | Hon. Jack B. Schmetterer |
| ) | |

## TRUSTEE NOTICE TO WITHDRAW

NOW COMES HORACE FOX JR as trustee through his counsel, Lehman and Fox, and hereby withdraws the **Notice of Trustee's Final Report and Applications for Compensation, Docket No. 74** in Thomas C. McCarthy and Martha J. McCarthy case # 11-04137, filed on 9/27/2012.


Date:  9/27/2012                                                                            Signature: /s/ Horace Fox Jr.
Horace Fox, Jr.
Lehman and Fox
6 East Monroe, Suite 1004
Chicago, IL 60603
312-332-5642
#856282