**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-04137 |
| | § | |
| THOMAS C. MCCARTHY | § | |
| MARTHA J. MCCARTHY | § | |
| | § | |
| Debtor(s) | § | |

**AMENDED**
**NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 s Dearborn, Room 713, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 on 10/31/2012, in Courtroom 682, United States Courthouse, . If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   09/27/2012          By:  /s/ Horace Fox, Jr.
                                        (Trustee)

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603


**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-04137 |
| | § | |
| THOMAS C. MCCARTHY | § | |
| MARTHA J. MCCARTHY | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $46,243.07
*and approved disbursements of* $561.97
*leaving a balance on hand of[1]:* $45,681.10

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 4 | Internal Revenue Service | $26,137.48 | $26,137.48 | $0.00 | $19,029.29 |

Total to be paid to secured creditors: $19,029.29
Remaining balance: $26,651.81

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Horace Fox, Jr., Trustee Fees | $5,374.31 | $0.00 | $5,374.31 |
| Belongia Shapiro & Franklin LLP & Bruce de'Midici, Attorney for Trustee Fees | $15,990.25 | $0.00 | $15,990.25 |
| Belongia Shapiro & Franklin LLP and Bruce de'Medici, Attorney for Trustee Expenses | $59.75 | $0.00 | $59.75 |
| Other: Bruce de 'Medici, Attorney for Trustee Fees | $5,227.50 | $0.00 | $5,227.50 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

Total to be paid for chapter 7 administrative expenses: $26,651.81
Remaining balance: $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $315,891.73 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Cook County Treasurer's Office | $20,537.18 | $0.00 | $0.00 |
| 2 | Secure Check Cashing | $9,029.50 | $0.00 | $0.00 |
| 4 | Internal Revenue Service | $560.19 | $0.00 | $0.00 |
| 5 | Geekmatics | $812.50 | $0.00 | $0.00 |
| 6 | Jason Simpson | $3,180.98 | $0.00 | $0.00 |
| 7 | Tasq Technology, Inc. | $29,184.28 | $0.00 | $0.00 |
| 8 | Steve Furman's Sign Wizard | $3,501.83 | $0.00 | $0.00 |

**UST-Form 101-7-NFR (5/1/2011)**

|  |  |  |  |  |
|---|---|---|---|---|
| 9 | First Midwest Bank | $141,887.07 | $0.00 | $0.00 |
| 10 | Chase Bank USA, N.A. | $26,765.89 | $0.00 | $0.00 |
| 11 | PYOD LLC its successors and assigns as assignee of | $49,930.92 | $0.00 | $0.00 |
| 12 | Sallie Mae | $6,264.37 | $0.00 | $0.00 |
| 13 | Us Dept Of Education | $10,521.40 | $0.00 | $0.00 |
| 15 | FIA Card Services, NA/Bank of America | $13,715.62 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims:     $0.00
Remaining balance:     $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:     $0.00
Remaining balance:     $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:     $0.00
Remaining balance:     $0.00

Prepared By: /s/ Horace Fox, Jr.
Trustee

**UST-Form 101-7-NFR (5/1/2011)**

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

```
                               United States Bankruptcy Court
                                Northern District of Illinois

In re:                                                            Case No. 11-04137-JBS
Thomas C. McCarthy                                                Chapter 7
Martha J. McCarthy
      Debtors                   CERTIFICATE OF NOTICE
District/off: 0752-1          User: wepps                 Page 1 of 3                   Date Rcvd: Sep 28, 2012
                              Form ID: pdf006             Total Noticed: 70


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2012.
db/jdb       +Thomas C. McCarthy,    Martha J. McCarthy,    1211 Braeburn Ave.,     Flossmoor, IL 60422-1620
16754363     +Advantage Limousine,    4419 North Hubert Ave.,    Suite A,    Tampa, FL 33614-7615
16754364     +Allen & Asoc,   99 Washington Ave.,    Albany, NY 12210-2822
16754367     +Bluegrass Promotional Marketing,    13325 South Point Blvd.,     Suite 100,
               Charlotte, NC 28273-5884
16754368      Bright House Networks,    PO Box 30765,    Tampa, FL 33630-3765
16754369     +Capital Office Products,    PO Box 1671,    Daytona Beach, FL 32115-1671
16754370      Certegy Check Services,    P.O. Box 30038,    Tampa, FL 33630-3038
16754371      Chase,   Po Box 15298,    Wilmington, DE 19850-5298
17107976      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16754372      Citi,   P.O. Box 6000,    The Lakes, NV 89163-6000
16754373     +Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,     Kansas City, MO 64195-0507
16754374      Cook County Treasurer,    P.O Box 4488,    Carol Stream, IL 60197-4488
16754375     +Dawn Sullivan,   11457 60th Terrace North,    Seminole, FL 33772-6644
16754376     +Demetrius Simpkins,    3836 8th Ave.,    St. Petersburg, FL 33711-2139
16754377     +Diversifund Capital LLC,    110 Calusa Lake Drive,    Ball Ground, GA 30107-2997
16754380     +First Data Global Leasing,    4000 Coral Ridge Dr.,     Coral Springs, FL 33065-7614
16754381     +First Midwest Bank,    % David L Kane/Richard J Jancasz,     300 S Wacker Dr, #3500,
               Chicago, IL 60606-6704
16754382      Florida Department of Revenue,    5050 W. Tennessee Street,     Tallahassee, FL 32399-0120
16754383     +Geekmatics,   30329 US Hwy 19th North,    Clearwater, FL 33761
16754384     +General Capital Partners,    1211 Braeburn Ave.,    Flossmoor, IL 60422-1620
16754385     +Global eTelecom, Inc.,    73 Eglin Pkwy N.E.,    Suite 301,    Fort Walton Beach, FL 32548-4939
16754386     +Hazelden,   15251 Pleasant Valley Rd.,    Center City, MN 55012-9640
16754387     +Hines Vaf II 101 N. Wacker LP,    6333 Paysphere Circle,     Chicago, IL 60674-0063
16754388     +Hinshaw & Culbertson, LLP,    100 South Ashley Drive,     Suite 500,    Tampa, FL 33602-5301
16754389     +Hiren Soni,   20739 Great Laurel Ave.,    Tampa, FL 33647-3278
16754393     +Jason Varela,    3200 Gulf Blvd.,   #215,    Belleair Beach, FL 33786-3641
16754394     +Jayme O’Brien,    1526 Erin Lane,    Clearwater, FL 33755-1512
16754395     +Jessica Rogan,    4507 Bloomsbury Court,    Tampa, FL 33624-1111
16754396     +Kelly Fairchild,    8659 SE 159th Lane,    Summerfiled, FL 34491-5642
16754397     +Laurence Holzer,    325 Island Way,    #110,   Clearwater, FL 33767-2167
16754404      MR Officenters c/o Marc Realty,    55 E. Jackson,    Suite 500,    Chicago, IL 60604-4396
16754398     +Macys/fdsb,    Attn: Bankruptcy,   Po Box 8053,    Mason, OH 45040-8053
16754399     +Marie Wright,    5848 Dailey Lane,    New Port Richey, FL 34652-3872
16754400     +Mary Jade Moore,    2424 West Tampa Bay Blvd.,    M-103,    Tampa, FL 33607-1310
16754401     +McMahan & Sigunick, Ltd.,    412 S. Wells St., 6th Fl.,     Chicago, IL 60607-3972
16754402     +Michael Pollet,    13971 Montego Drive,    Seminole, FL 33776-1355
16754405     +Nathan Turpin,    13414 Village Circle,    Apt. 213,   Tampa, FL 33617-1073
16754406      Oak Bank,   100 N. Rush St.,    Chicago, IL 60611
16754407    #+Richard Gordon,    4152 Aladar Court,    Land-O-Lakes, FL 34639-3962
16754408     +Richard J. Jancasz,    Meltzer, Purtill & Stelle,    1515 E. Woodfield Rd., 2nd Fl.,
               Schaumburg, IL 60173-5431
16754409     +Richard Sykes,    601 Aberdeen Rd.,    Inverness, IL 60067-4309
16754411      Sallie Mae - Chela,    Attn: Bankruptcy,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
16754412      Sandip M. Patel,    246 Hwy 49 N.,    Byron, GA 31008
16754413     +Secure Check Cashing,    812 S. Main St.,    Suite 100,    Royal Oak, MI 48067-3280
16754414     +Sheehy, Ware & Pappas, P.C.,    909 Fannin Street,    Suite 2500,     Houston, TX 77010-1008
16754415     +Siris Financial Corp,    113 Mountain Brook Drive,    Canton, GA 30115-9057
16754416      Staples Credit Plan,    PO Box 689020,    Des Moines, IA 50368-9020
16754417     +Steve Furman’s Sign Wizard,    1602 County Rd. 579 South,     Wimauma, FL 33598-4403
16754418     +Sudhir K Lal (aka Sean Kumar),    1540 Gulf Blvd.,    #2103,    Clearwater, FL 33767-2964
16754419    +++Tasq Technology, Inc.,    McMahan & Sigunick, LtD,     412 S. Wells St., 6th FL,
               Chicago, Il 60607-3972
16754420     +The Print Concierge,    2714 N. 16th St.,    Tampa, FL 33605-2617
16754421    #+Tracy Jones,   671 Haven Place,    Tarpon Springs, FL 34689-4847
16754422     +Tracy Mihalak,    409-B Oakleaf Blvd.,    Oldsmar, FL 34677-2797
16754423      Trans Union LLC,    PO Box 99506,    Chicago, IL 60693-9506
16754424     +Trevor Allen,    5848 Dailey Lane,    New Port Richey, FL 34652-3872
16754425     +Trustwave,   70 W. Madison St.,    Suite 1050,    Chicago, IL 60602-4281
16754426     +U.S. Department of Labor,    Employment Standards Administration,
               4905 W. Laurel Street, Suite 300,    Tampa, FL 33607-3838
16754427     +Universal Background Screening,    7720 N. 16th St.,    Suite 200,     Phoenix, AZ 85020-4496
16754428     +Us Dept Of Education,    Attn: Borrowers Service Dept,     Po Box 5609,    Greenville, TX 75403-5609
16754429      Virtual Xcellence,    A44A, Second Floor,    TNS Building, Sector-16,
               Noida, Delhi NCR INDIA 201301
16754430     +Wendy Ruocco,    156 E. Selwood Lane,    Columbia, SC 29212-8105
16754431     +Wilder Corp.,    2536 Countryside Blvd.,    Suite 250,    Clearwater, FL 33763-1606
16754432     +Xponent Group,    521 S. LaGrange Road,    Suite 103,    LaGrange, IL 60525-5633
```

```
District/off: 0752-1           User: wepps                 Page 2 of 3                   Date Rcvd: Sep 28, 2012
                               Form ID: pdf006             Total Noticed: 70
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
16913659       +E-mail/Text: lbankruptcy@cookcountytreasurer.com Sep 29 2012 00:57:34
                 Cook County Treasurer's Office,   Legal Department,   118 North clark Street - Room 112,
                 Chicago, IL 60602-1332
17325736        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 29 2012 02:22:55
                 FIA Card Services, NA/Bank of America,   by American InfoSource LP as its agent,   PO Box 248809,
                 Oklahoma City, OK  73124-8809
16754390        E-mail/Text: cio.bncmail@irs.gov Sep 29 2012 00:48:28      Internal Revenue Service,
                 Mail Stop 5010 CHI,   230 S. Dearborn,   Chicago, IL 60604
16754391        E-mail/Text: cio.bncmail@irs.gov Sep 29 2012 00:48:28      Internal Revenue Service,   POB 7346,
                 Philadelphia, PA 19101-7346
17156316       +E-mail/Text: resurgentbknotifications@resurgent.com Sep 29 2012 00:49:05
                 PYOD LLC its successors and assigns as assignee of,   Citibank, NA,
                 c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
16754410       +E-mail/Text: support@amscollections.com Sep 29 2012 00:53:49     Salesforce.com,
                 c/o Allen, Maxwell & Silver, Inc.,   190 Sylvan Ave.,   Englewood Cliffs, NJ 07632-2546
17181083       +E-mail/PDF: pa_dc_claims@salliemae.com Sep 29 2012 03:26:25     Sallie Mae,   c/o Sallie Mae Inc.,
                 220 Lasley Ave.,   Wilkes-Barre, PA 18706-1496
                                                                                               TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16754365      ##+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
16754366      ##Bank of America,    PO Box 15026,   Wilmington, DE 19850-5026
16754378      ##+EmagineNET Technologies, Inc.,   1 Sugar Creek Center Blvd.,   Suite 225,
                 Sugar Land, TX 77478-4087
16754379      ##+Eric Levy,   6302 Cottonwood Lane,   Apollo Beach, FL 33572-2320
16754392      ##+Jason Simpson,   4762 Haines Road N. #E,   Saint Petersburg, FL 33714-3258
16754403      ##+Misty Terhorst,   7828 Bristol Park Dr.,   Apollo Beach, FL 33572-1520
                                                                                               TOTALS: 0, * 0, ## 6
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 30, 2012**                    **Signature:**    _/s/ Joseph Speetjens_

```
District/off: 0752-1           User: wepps                Page 3 of 3                   Date Rcvd: Sep 28, 2012
                               Form ID: pdf006            Total Noticed: 70
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2012 at the address(es) listed below:
        Bruce E de'Medici   on behalf of Accountant Lois West bdemedici@gmail.com
        David L Kane   on behalf of Creditor   First Midwest Bank dkane@mpslaw.com,
         dnichols@mpslaw.com;mpslawllc@gmail.com;jlitwin@mpslaw.com
        Horace Fox   foxhorace@aol.com,   hf@trustesolutions.net;hf@trustesolutions.com
        Joseph A Baldi   on behalf of Debtor Thomas McCarthy jabaldi@baldiberg.com,
         jabaldi@ameritech.net;jmanola@baldiberg.com
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
        Toni  Dillon   on behalf of Creditor   Oak Bank tdillon@atty-pierce.com,
         northerndistrict@atty-pierce.com
                                                                                              TOTAL: 6