**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-04137 |
| | § | |
| THOMAS C. MCCARTHY | § | |
| MARTHA J. MCCARTHY | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $607,900.33 | Assets Exempt: | $15,793.53 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $19,029.29 | Claims Discharged Without Payment: | $703,678.37 |
| Total Expenses of Administration: | $27,213.78 | | |

3) Total gross receipts of $46,243.07 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $46,243.07 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $627,887.53 | $26,137.48 | $26,137.48 | $19,029.29 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $27,213.78 | $27,213.78 | $27,213.78 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $13,030.24 | $15,210.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $581,691.35 | $320,381.73 | $315,891.73 | $0.00 |
| **Total Disbursements** | $1,222,609.12 | $388,942.99 | $369,242.99 | $46,243.07 |

4). This case was originally filed under chapter 7 on 02/01/2011. The case was pending for 24 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/28/2013        By:   /s/ Horace Fox, Jr.
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2010 Ford Fusion | 1129-000 | $7,604.00 |
| Assorted jewelry | 1129-000 | $153.54 |
| Diamond ring (family heirloom) | 1129-000 | $2,151.00 |
| Funds seized by First Midwest Bank. | 1129-000 | $36,332.29 |
| Interest Earned | 1270-000 | $2.24 |
| **TOTAL GROSS RECEIPTS** | | **$46,243.07** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4a | Internal Revenue Service | 4300-000 | $19,139.66 | $26,137.48 | $26,137.48 | $19,029.29 |
| | Cook County Treasurer | 4110-000 | $12,524.87 | NA | $0.00 | $0.00 |
| | Oak Bank | 4110-000 | $315,953.00 | NA | $0.00 | $0.00 |
| | Oak Bank | 4110-000 | $280,270.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$627,887.53** | **$26,137.48** | **$26,137.48** | **$19,029.29** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, Jr., Trustee | 2100-000 | NA | $5,374.31 | $5,374.31 | $5,374.31 |
| International Sureties, Ltd. | 2300-000 | NA | $41.17 | $41.17 | $41.17 |
| Green Bank | 2600-000 | NA | $520.80 | $520.80 | $520.80 |
| Belongia Shapiro & Franklin LLP, Attorney for Trustee | 3210-000 | NA | $15,990.25 | $15,990.25 | $15,990.25 |
| Bruce de 'Medici, Attorney for Trustee | 3210-000 | NA | $5,227.50 | $5,227.50 | $5,227.50 |
| Belongia Shapiro & Franklin LLP and Bruce de'Medici, | 3220-000 | NA | $59.75 | $59.75 | $0.00 |
| Clerk, US Bankruptcy | 3220-001 | NA | $0.00 | $0.00 | $59.75 |

| | | | | |
|---|---|---|---|---|
| Court (Belongia Shapiro & Franklin LLP and Bruce de'Medici) | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | NA | $27,213.78 | $27,213.78 | $27,213.78 |

### **EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

### **EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| **CLAIM NUMBER** | **CLAIMANT** | **UNIFORM TRAN. CODE** | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|---|---|
| 3 | Michael Pollet | 5300-000 | $0.00 | $2,500.00 | $0.00 | $0.00 |
| 14a | Virtual Xcellence | 5800-000 | NA | $12,710.00 | $0.00 | $0.00 |
| | Florida Department of Revenue | 5800-000 | $1,075.00 | NA | NA | $0.00 |
| | Internal Revenue Service | 5800-000 | $11,955.24 | NA | NA | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $13,030.24 | $15,210.00 | $0.00 | $0.00 |

### **EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| **CLAIM NUMBER** | **CLAIMANT** | **UNIFORM TRAN. CODE** | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|---|---|
| 1 | Cook County Treasurer's Office | 7100-000 | NA | $20,537.18 | $20,537.18 | $0.00 |
| 2 | Secure Check Cashing | 7100-000 | $12,639.85 | $9,029.50 | $9,029.50 | $0.00 |
| 4 | Internal Revenue Service | 7100-000 | NA | $560.19 | $560.19 | $0.00 |
| 5 | Geekmatics | 7100-000 | $1,005.00 | $812.50 | $812.50 | $0.00 |
| 6 | Jason Simpson | 7100-000 | $3,269.20 | $3,180.98 | $3,180.98 | $0.00 |
| 7 | Tasq Technology, Inc. | 7100-000 | NA | $29,184.28 | $29,184.28 | $0.00 |
| 8 | Steve Furman's Sign Wizard | 7100-000 | $3,176.83 | $3,501.83 | $3,501.83 | $0.00 |
| 9 | First Midwest Bank | 7100-000 | $141,887.07 | $141,887.07 | $141,887.07 | $0.00 |
| 10 | Chase Bank USA, N.A. | 7100-000 | $25,975.00 | $26,765.89 | $26,765.89 | $0.00 |
| 11 | PYOD LLC its successors and assigns as assignee of | 7100-000 | NA | $49,930.92 | $49,930.92 | $0.00 |
| 12 | Sallie Mae | 7100-000 | $6,636.00 | $6,264.37 | $6,264.37 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | Us Dept Of Education | 7100-000 | $11,376.00 | $10,521.40 | $10,521.40 | $0.00 |
| 14 | Virtual Xcellence | 7100-000 | $970.00 | $4,490.00 | $0.00 | $0.00 |
| 15 | FIA Card Services, NA/Bank of America | 7100-000 | NA | $13,715.62 | $13,715.62 | $0.00 |
| | Advantage Limousine | 7100-000 | $1,322.00 | NA | NA | $0.00 |
| | Allen & Asoc | 7100-000 | $29,184.00 | NA | NA | $0.00 |
| | Bank Of America | 7100-000 | $13,715.00 | NA | NA | $0.00 |
| | Bluegrass Promotional Marketing | 7100-000 | $1,194.91 | NA | NA | $0.00 |
| | Bright House Networks | 7100-000 | $252.98 | NA | NA | $0.00 |
| | Capital Office Products | 7100-000 | $988.30 | NA | NA | $0.00 |
| | Certegy Check Services | 7100-000 | $1,510.07 | NA | NA | $0.00 |
| | Citibank Sd, Na | 7100-000 | $48,660.00 | NA | NA | $0.00 |
| | Dawn Sullivan | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Demetrius Simpkins | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Diversifund Capital LLC | 7100-000 | $0.00 | NA | NA | $0.00 |
| | EmagineNET Technologies, Inc. | 7100-000 | $55,344.99 | NA | NA | $0.00 |
| | Eric Levy | 7100-000 | $0.00 | NA | NA | $0.00 |
| | First Data Global Leasing | 7100-000 | $39,595.20 | NA | NA | $0.00 |
| | Global eTelecom, Inc. | 7100-000 | $2,623.87 | NA | NA | $0.00 |
| | Hazelden | 7100-000 | $2,785.32 | NA | NA | $0.00 |
| | Hines Vaf II 101 N. Wacker LP | 7100-000 | $6,751.26 | NA | NA | $0.00 |
| | Hinshaw & Culbertson, LLP | 7100-000 | $4,892.88 | NA | NA | $0.00 |
| | Hiren Soni | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Jason Varela | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Jayme O'Brien | 7100-000 | $1,292.57 | NA | NA | $0.00 |
| | Jessica Rogan | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Kelly Fairchild | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Laurence Holzer | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Macys/fdsb | 7100-000 | $183.00 | NA | NA | $0.00 |
| | Marie Wright | 7100-000 | $5,192.30 | NA | NA | $0.00 |
| | Mary Jade Moore | 7100-000 | $0.00 | NA | NA | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Misty Terhorst | 7100-000 | $0.00 | NA | NA | $0.00 |
| MR Officenters c/o Marc Realty | 7100-000 | $717.84 | NA | NA | $0.00 |
| Nathan Turpin | 7100-000 | $0.00 | NA | NA | $0.00 |
| Richard Gordon | 7100-000 | $0.00 | NA | NA | $0.00 |
| Richard Sykes | 7100-000 | $100,000.00 | NA | NA | $0.00 |
| Salesforce.com | 7100-000 | $7,332.00 | NA | NA | $0.00 |
| Sheehy, Ware & Pappas, P.C. | 7100-000 | $1,000.00 | NA | NA | $0.00 |
| Siris Financial Corp | 7100-000 | $0.00 | NA | NA | $0.00 |
| Staples Credit Plan | 7100-000 | $2,991.69 | NA | NA | $0.00 |
| Sudhir K Lal (aka Sean Kumar) | 7100-000 | $0.00 | NA | NA | $0.00 |
| The Print Concierge | 7100-000 | $202.95 | NA | NA | $0.00 |
| Tracy Jones | 7100-000 | $3,307.67 | NA | NA | $0.00 |
| Tracy Mihalak | 7100-000 | $5,192.30 | NA | NA | $0.00 |
| Trans Union LLC | 7100-000 | $155.78 | NA | NA | $0.00 |
| Trevor Allen | 7100-000 | $0.00 | NA | NA | $0.00 |
| Trustwave | 7100-000 | $9,666.00 | NA | NA | $0.00 |
| Universal Background Screening | 7100-000 | $885.00 | NA | NA | $0.00 |
| Wendy Ruocco | 7100-000 | $0.00 | NA | NA | $0.00 |
| Wilder Corp. | 7100-000 | $27,166.52 | NA | NA | $0.00 |
| Xponent Group | 7100-000 | $650.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $581,691.35 | $320,381.73 | $315,891.73 | $0.00 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1   Exhibit 8

| Case No.: | 11-04137 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | MCCARTHY, THOMAS C. AND MCCARTHY, MARTHA J. | | | Date Filed (f) or Converted (c): | 02/01/2011 (f) |
| For the Period Ending: | 2/28/2013 | | | §341(a) Meeting Date: | 03/16/2011 |
| | | | | Claims Bar Date: | 06/03/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Location: 1211 Braeburn Ave., Flossmoor IL 60422 | $600,000.00 | $0.00 | | $0.00 | FA |
| 2 | Citibank checking and savings | $44.54 | $0.00 | | $0.00 | FA |
| 3 | Bank of American checking and savings | $0.00 | $0.00 | | $0.00 | FA |
| 4 | Harris Bank checking and savings | $264.00 | $0.00 | | $0.00 | FA |
| 5 | Funds seized by First Midwest Bank. | $39,098.80 | $28,640.83 | | $36,332.29 | FA |
| Asset Notes: | Funds seized by First Midwest from BOA/citation 10 L 51841. | | | | | |
| 6 | Fidelity account xxxx2841 | $0.33 | $0.33 | | $0.00 | FA |
| 7 | Home furnishings (3 bedroom sets, housewares, pool table) | $5,000.00 | $5,000.00 | | $0.00 | FA |
| Asset Notes: | Deemed abandoned as overvalued. | | | | | |
| 8 | Books, CDs | $100.00 | $100.00 | | $0.00 | FA |
| 9 | Normal men's and women's assorted clothing | $1,500.00 | $0.00 | | $0.00 | FA |
| 10 | Assorted jewelry | $2,500.00 | $2,250.00 | | $153.54 | FA |
| Asset Notes: | est cost of sale 250.00, allocated 1208.54 | | | | | |
| 11 | Diamond ring (family heirloom) | $5,000.00 | $4,500.00 | | $2,151.00 | FA |
| Asset Notes: | est cost of sale 500.00 | | | | | |
| 12 | Watches (2) | $300.00 | $300.00 | | $0.00 | FA |
| 13 | Camera and video camera | $50.00 | $50.00 | | $0.00 | FA |
| 14 | Golf clubs | $200.00 | $200.00 | | $0.00 | FA |
| Asset Notes: | allocate 200.00 | | | | | |
| 15 | Fidelity Rollover IRA xxxx1028 | $0.00 | $0.00 | | $0.00 | FA |
| 16 | Illinois Teacher's Retirement benefit | $3,893.53 | $0.00 | | $0.00 | FA |
| 17 | International Investment Group Limited Partnership | $2,000.00 | $2,000.00 | | $0.00 | FA |
| Asset Notes: | deemed abandoned | | | | | |
| 18 | General Capital Partners, LLC - ownership interest company insolvent - Debtor former manager (resigned 1/28/10) | $0.00 | $0.00 | | $0.00 | FA |
| 19 | 1995 Ford Escort | $250.00 | $250.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2   Exhibit 8

| Case No.: | 11-04137 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | MCCARTHY, THOMAS C. AND MCCARTHY, MARTHA J. | | | Date Filed (f) or Converted (c): | 02/01/2011 (f) |
| For the Period Ending: | 2/28/2013 | | | §341(a) Meeting Date: | 03/16/2011 |
| | | | | Claims Bar Date: | 06/03/2011 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20 | 2010 Ford Fusion | $15,000.00 | $12,600.00 | | $7,604.00 | FA |
| INT | Interest Earned    (u) | Unknown | Unknown | | $2.24 | Unknown |

**TOTALS (Excluding unknown value)**       **Gross Value of Remaining Assets**
$675,201.20   $55,891.16   $46,243.07   $0.00

**Major Activities affecting case closing:**

| | |
|---|---|
| 04/24/2011 | 4.4.11 adversary file against Midwest Bank to obtain citation funds. 4.24.11 |
| 06/07/2011 | Received proceeds from Midwest Bank citation to BOA and sent further demand letter on the other non Midwest personalty that have equity to BDM> 6.7.11. |
| 09/10/2011 | Examine claims. Motion to approve compromise on personalty set 9.22.11/ |
| 11/05/2011 | 9.22.11 order entered approving sale, get appriasal of ring. 6 payments of 1651.42 are due after credit for exemptions. McCarthy 10:00 682 claim obj 3, 14. |
| | Claim 3 disallowed 2.7.12 order. Two more installments remain to be paid. Accountant employed. 2.10.12 |
| | 5 of 6 installment payments in, need taxes claim objections ruled on. 3.11.12 |
| | Final report to UST 6.21.12 |
| 09/14/2012 | Final report, if UST has approved modified rpt  rm 682 cont to 10.25.12 at 10:30 am |
| | UST has not approved modified final report delivered 8.3.12 |
| | Judge signed orders, except 59.+ cost to Belongia.  It will walk away from 59.+. Does UST have objection to payout? 12.6.12 |
| | Zero balance statement.  Final account ready. 2.10.13 |

**Initial Projected Date Of Final Report (TFR):**  07/30/2012      **Current Projected Date Of Final Report (TFR):**  07/30/2012     /s/ HORACE FOX, JR.
                                HORACE FOX, JR.

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-04137 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | MCCARTHY, THOMAS C. AND MCCARTHY, MARTHA J. | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******5245 | | | Checking Acct #: | ******3701 |
| Co-Debtor Taxpayer ID #: | ******5246 | | | Account Title: | DDA |
| For Period Beginning: | 2/1/2011 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/28/2013 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/25/2011 | | STERLING BANK | Transfer Funds | 9999-000 | $36,334.53 | | $36,334.53 |
| 08/01/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $13.23 | $36,321.30 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $58.61 | $36,262.69 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $60.40 | $36,202.29 |
| 10/17/2011 | (11) | Martha J. McCarthy | Settlement Diamond ring | 1129-000 | $1,651.00 | | $37,853.29 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $55.85 | $37,797.44 |
| 11/22/2011 | (20) | Martha J. McCarthy | 2010 Ford Fusion-Settlement Personal property | 1129-000 | $1,651.00 | | $39,448.44 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $59.71 | $39,388.73 |
| 12/23/2011 | (20) | Martha J McCarthy | 2010 ford fusion-settlement | 1129-000 | $1,651.00 | | $41,039.73 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $63.99 | $40,975.74 |
| 01/19/2012 | (20) | Martha J McCarthy | 2010 Ford Fusion-Settlement Personal property | 1129-000 | $1,651.00 | | $42,626.74 |
| 02/06/2012 | 5001 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $41.17 | $42,585.57 |
| 02/23/2012 | (20) | Martha McCarthy | 2010 Ford Fusion-Settlement Personal property | 1129-000 | $1,651.00 | | $44,236.57 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $64.83 | $44,171.74 |
| 03/14/2012 | | Marth J. McCarthy | Final payment for claim # 10 Assorted jewelry $153,54, Claim # 11 Diamond ring $500.00, and Claim # 20-2010 Ford Fusion $ 1,000.00. | * | $1,653.54 | | $45,825.28 |
| | {10} | | $153.54 | 1129-000 | | | $45,825.28 |
| | {11} | | $500.00 | 1129-000 | | | $45,825.28 |
| | {20} | | $1,000.00 | 1129-000 | | | $45,825.28 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $75.12 | $45,750.16 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $69.06 | $45,681.10 |
| 12/14/2012 | 5002 | Horace Fox, Jr. | Trustee Compensation | 2100-000 | | $5,374.31 | $40,306.79 |
| 12/14/2012 | 5003 | Bruce de 'Medici | Final  Dividend: 11.44; Amount Allowed: 5,227.50; | 3210-000 | | $5,227.50 | $35,079.29 |
| 12/14/2012 | 5004 | Belongia Shapiro & Franklin LLP & Bruce de'Midici | Final  Dividend: 35.00; Amount Allowed: 15,990.25; | 3210-000 | | $15,990.25 | $19,089.04 |
| 12/14/2012 | 5005 | Belongia Shapiro & Franklin LLP and Bruce de'Medici | Final  Dividend: 0.13; Amount Allowed: 59.75; | 3220-000 | | $59.75 | $19,029.29 |

| | | | **SUBTOTALS** | | $46,243.07 | $27,213.78 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** 11-04137 | **Trustee Name:** | Horace Fox, Jr. |
| **Case Name:** MCCARTHY, THOMAS C. AND MCCARTHY, MARTHA J. | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** ******5245 | **Checking Acct #:** | ******3701 |
| **Co-Debtor Taxpayer ID #:** ******5246 | **Account Title:** | DDA |
| **For Period Beginning:** 2/1/2011 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** 2/28/2013 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 12/14/2012 | 5005 | Belongia Shapiro & Franklin LLP and Bruce de'Medici | Void of Check# 5005, depoisited with clerk of bankruptcy court | 3220-003 | | ($59.75) | $19,089.04 |
| 12/14/2012 | 5006 | Internal Revenue Service | Final Claim #: 4; Dividend: 41.65; Amount Allowed: 26,137.48; this figure was reduced to 19,029.29 b/c the latter figure takes into account the fees and costs to Belongia (15990.25 and costs of 59.75). | 4300-000 | | $19,029.29 | $59.75 |
| 12/14/2012 | 5007 | Clerk, US Bankruptcy Court | This distrubution is being made to the Bankruptcy court being that it originally was for expenses to Belongia & Shapiro and BDM but an order was never entered for this expense. Being that it wasnt appproved by the court Belongia and BDM agreed on having it deposited with the bankruptcy court. | 3220-001 | | $59.75 | $0.00 |
| 12/31/2012 | 5004 | STOP PAYMENT: Belongia Shapiro & Franklin LLP & Bruce de'Midici | Final Dividend: 35.00; Amount Allowed: 15,990.25; | 3210-004 | | ($15,990.25) | $15,990.25 |
| 12/31/2012 | 5008 | Belongia Shapiro & Franklin LLP | 7,995.13 PORTION OF 15,990.25; STOP CHECK #5004: Belongia Shapiro & Franklin LLP & Bruce de'Midici 15,990.25 | 3210-000 | | $7,995.13 | $7,995.12 |
| 12/31/2012 | 5009 | Bruce de'Midici | 7,995.12 PORTION OF 15,990.25; STOP CHECK #5004: Belongia Shapiro & Franklin LLP & Bruce de'Midici 15,990.25 | 3210-000 | | $7,995.12 | $0.00 |
| | | | | **SUBTOTALS** | $0.00 | $19,029.29 | |

Case 11-04137   Doc 84   Filed 03/01/13   Entered 03/01/13 16:06:25   Desc Main
          Document      Page 11 of 13                                                    Page No: 3     Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 11-04137 | | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|---|
| Case Name: | MCCARTHY, THOMAS C. AND MCCARTHY, MARTHA J. | | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******5245 | | | | Checking Acct #: | ******3701 |
| Co-Debtor Taxpayer ID #: | ******5246 | | | | Account Title: | DDA |
| For Period Beginning: | 2/1/2011 | | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/28/2013 | | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | TOTALS: | | $46,243.07 | $46,243.07 | $0.00 |
| | | | Less: Bank transfers/CDs | | $36,334.53 | $0.00 | |
| | | | Subtotal | | $9,908.54 | $46,243.07 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $9,908.54 | $46,243.07 | |

For the period of **2/1/2011** to **2/28/2013**

| | |
|---|---:|
| Total Compensable Receipts: | $9,908.54 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,908.54 |
| Total Internal/Transfer Receipts: | $36,334.53 |
| | |
| Total Compensable Disbursements: | $46,243.07 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $46,243.07 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between **07/25/2011** to **2/28/2013**

| | |
|---|---:|
| Total Compensable Receipts: | $9,908.54 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,908.54 |
| Total Internal/Transfer Receipts: | $36,334.53 |
| | |
| Total Compensable Disbursements: | $46,243.07 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $46,243.07 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-04137 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | MCCARTHY, THOMAS C. AND MCCARTHY, MARTHA J. | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******5245 | | | Money Market Acct #: | ******4137 |
| Co-Debtor Taxpayer ID #: | ******5246 | | | Account Title: | |
| For Period Beginning: | 2/1/2011 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/28/2013 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/07/2011 | (5) | Thomas McCarthy | Funds seized by First Midwest from BOA/citation 10 L 51841. | 1129-000 | $36,332.29 | | $36,332.29 |
| 06/30/2011 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $1.05 | | $36,333.34 |
| 07/25/2011 | (INT) | STERLING BANK | Interest Earned For July 2011 | 1270-000 | $1.19 | | $36,334.53 |
| 07/25/2011 | | Green Bank | Transfer Funds | 9999-000 | | $36,334.53 | $0.00 |
| | | | **TOTALS:** | | $36,334.53 | $36,334.53 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $36,334.53 | |
| | | | Subtotal | | $36,334.53 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $36,334.53 | $0.00 | |

| For the period of 2/1/2011 to 2/28/2013 | | For the entire history of the account between 06/07/2011 to 2/28/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $36,334.53 | Total Compensable Receipts: | $36,334.53 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $36,334.53 | Total Comp/Non Comp Receipts: | $36,334.53 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $36,334.53 | Total Internal/Transfer Disbursements: | $36,334.53 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5  Exhibit 9

| Case No. | 11-04137 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | MCCARTHY, THOMAS C. AND MCCARTHY, MARTHA J. | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******5245 | | | Money Market Acct #: | ******4137 |
| Co-Debtor Taxpayer ID #: | ******5246 | | | Account Title: | |
| For Period Beginning: | 2/1/2011 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/28/2013 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $46,243.07 | $46,243.07 | $0.00 |

**For the period of 2/1/2011 to 2/28/2013**

| | |
|---|---|
| Total Compensable Receipts: | $46,243.07 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $46,243.07 |
| Total Internal/Transfer Receipts: | $36,334.53 |
| | |
| Total Compensable Disbursements: | $46,243.07 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $46,243.07 |
| Total Internal/Transfer Disbursements: | $36,334.53 |

**For the entire history of the case between 02/01/2011 to 2/28/2013**

| | |
|---|---|
| Total Compensable Receipts: | $46,243.07 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $46,243.07 |
| Total Internal/Transfer Receipts: | $36,334.53 |
| | |
| Total Compensable Disbursements: | $46,243.07 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $46,243.07 |
| Total Internal/Transfer Disbursements: | $36,334.53 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.